# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                      CASE NO. 4:14CR00248-04 BSM

RYAN THEODORE SCHMIDT                                                DEFENDANT

## ORDER

The government's motion to dismiss the indictment and superseding indictment against Ryan Theodore Schmidt without prejudice [Doc. No. 516] is granted and the indictment [Doc. No. 3] and superseding indictment [Doc. No. 170] are dismissed without prejudice.  *See* Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this 1st day of September 2016.

_____
UNITED STATES DISTRICT JUDGE